# NO. 12-10-00360-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER* | § | *APPEAL FROM THE 420TH* |
| *OF C.B.,* | § | *JUDICIAL DISTRICT COURT* |
| *A JUVENILE* | § | *NACOGDOCHES COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant has filed a motion to dismiss this appeal.  The motion is signed by Appellant, his "mother/legal guardian," and his counsel.  Because Appellant has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is ***granted***, and the appeal is ***dismissed***.

Opinion delivered December 8, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)